IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     Case No.: 10-cv-73

STEVEN OLAH

        Defendant.

ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant Steven Olah pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Steven Olah is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 26th day of April, 2010.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court